IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HAROLD TUMA                                                                     PLAINTIFF

VS.                                             CIVIL ACTION NO. 3:09cv517-DPJ-JCS

JACKSON MUNICIPAL
AIRPORT AUTHORITY, et al.                                        DEFENDANTS

## ORDER

This cause comes before the Court pursuant to the Suggestion of Bankruptcy filed as to Defendant Caroline Kirkland. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is directed to administratively close this file.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and should further proceedings become necessary or desirable, any party may file a motion to reopen this case.

This the 24th day of February, 2010.

                                                                       /s/ F. Keith Ball
                                                                       UNITED STATES MAGISTRATE JUDGE